# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Ezell Simpson,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                            3:10-cv-146-GCM

Unnamed Union County Sheriff's Deputies,

    Defendants.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2010 Order.

                                                  Signed: April 1, 2010

                                                  Frank G. Johns, Clerk
                                                  United States District Court